UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAISH MCGEE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>G. FLORES-LOPEZ, C. REHKOPF, and A. FLORES,<br><br>　　　　　Defendants. | No. 1:23-cv-01523-KES-HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. 15) |

Plaintiff Isaish McGee filed this prisoner civil rights action against Defendants G. Flores-Lopez, C. Rehkopf, and A. Flores pursuant to 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 8, 2024, the assigned magistrate judge filed findings and recommendations recommending the District Court dismiss Plaintiff's Complaint for failure to prosecute and comply with court orders. *See* Doc 15. The findings and recommendations contained notice that objections were to be filed within fourteen days of service. *Id*. at 5. Plaintiff has not filed any objections and the time to do so has passed. *See* docket.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations are supported by the record and proper analysis.

1

Accordingly, it is **ORDERED**:

1. The findings and recommendations, issued on February 8, 2024, Doc. 15, are **ADOPTED** in full.
2. The action is **DISMISSED** without prejudice.
3. The Clerk of Court shall close this case.

IT IS SO ORDERED.

Dated:   April 29, 2024

UNITED STATES DISTRICT JUDGE